IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN ROBERT GOING                                PLAINTIFF

v.                     Civil No. 12-2048

DENNIS SHORES, Alma Police
Department; WAL-MART STORE,
Alma, Arkansas; ALMA POLICE
DEPARTMENT; KATHERYN L.
WHITNEY; AMY CORBETT;
JOHN DOE ATF OR DEA AGENT;
JOHN DOE PROSECUTING ATTORNEY;
and JOHN DOE POLICE OFFICER                          DEFENDANTS

### ORDER

Shawn R. Going submitted this *pro se* action for filing. The Clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is incomplete. Plaintiff failed to complete question three on page one of the application and failed to submit a certificate regarding his inmate account. **The Clerk is directed to send Plaintiff an IFP application (prisoner form).** Plaintiff is given until **March 9, 2012,** to complete and return the IFP application or to pay the $350 filing fee. Plaintiff is advised that failure to comply with this order will result in the dismissal of this case.

Plaintiff is further advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

IT IS SO ORDERED this 2 day of March 2012.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 02 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)