IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN ROBERT GOING                                              PLAINTIFF

v.                            Case No. 12-2048

DENNIS SHORES, Alma Police
Department; WAL-MART STORE,
Alma, Arkansas; ALMA POLICE
DEPARTMENT; KATHERYN L.
WHITNEY; AMY CORBETT; JOHN
DOE ATF OR DEA AGENT; JOHN
DOE PROSECUTING ATTORNEY;
and JOHN DOE POLICE OFFICER                                     DEFENDANTS

## ORDER

Now on this 23rd day of April 2012, there comes on for consideration the report and recommendation filed herein on March 15, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). Also before the Court are Plaintiff's written objections. (Doc. 7).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous or are asserted against individuals immune from suit.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). The dismissal of this action constitutes a "strike" under 28 U.S.C.

§ 1915(g).  The U.S. District Clerk is directed to place a §1915(g) strike flag on the case.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/  Robert  T.  Dawson
　　　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge